UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 2:25-CR-20145-SHL |
| JOSE MENA-PEREZ, | ) |
| Defendant. | ) |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have Jose Mena-Perez, RNI#456685, now being detained in the Shelby County Jail, appear before Honorable Tu M. Pham, October 24, at 1:30 pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 14th day of October 2025.

*s/Eileen Kuo*
**Eileen Kuo**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Jose Mena-Perez, RNI#456685, appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 15TH day of OCTOBER 2025.

*s/Annie T. Christoff*
**HONORABLE ANNIE T. CHRISTOFF**
**U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."